THE HUDSON IMPROVEMENT COMPANY, INC., Plaintiff, v. HENWILHEN COMPANY, INC., and Others, Defendants.— Motion for stay denied, without costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

## (January 25, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ANGIONE, Appellant.— Motion for permission to prosecute appeal, as a poor person, on typewritten papers, granted. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents.

In the Matter of the Claim of LAURIE J. CARPENTER, Appellant, against AMERICAN BRASS CO., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Application for leave to appeal as a poor person on typewritten record, dated May 5, 1938, was denied May 13, 1938, and claimant now renews her application. We have received the papers submitted on this second application. The State Industrial Board found there was no injury which resulted in disablement or loss of time nor any statutory facial disfigurement. Claimant's papers show that there was evidence to authorize the finding, and that the claimant has no meritorious case. Application denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS R. Cox, Petitioner, Respondent, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for permission to submit typewritten briefs on appeal granted. The petitioner is directed to serve two copies of such typewritten brief on the Attorney-General. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ. [See *ante,* p. 852.]

ANNA LEVINE, Appellant, v. HARRY CHARLOW and RAY CHARLOW, Respondents. — Motion for leave to argue appeal on typewritten record denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOEBEL, Appellant.— Application for extension of time to perfect appeal. Time is extended to the term of this court commencing May 8, 1939. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.